IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:12CR49-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTIN MARTINEZ SALDANA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion To Dismiss Counts Three and Four of the First Superseding Bill of Indictment, filed February 3, 2014. (Doc. 62). The Government moves for dismissal of these two counts *without prejudice* and as to this Defendant only. Immediate review of the Government's motion is appropriate.

**IT IS, THEREFORE, ORDERED** that the Government's Motion To Dismiss Counts Three and Four of the First Superseding Bill of Indictment *without prejudice* as to Defendant Martin Martinez Saldana is hereby **GRANTED**.

Signed: February 7, 2014

Richard L. Voorhees
United States District Judge