IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:12-cr-49-RLV |
|---|---|---|
| v. | ) ) ) ) | GOVERNMENT'S EXHIBIT LIST |
| (1) MARTIN MARTINEZ SALDANA | ) ) ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina and files its exhibit list in this case. The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | Witness |
|---|---|---|---|---|
| 1 | Photographs of co-conspirators | | | |
| 1a | Photograph of Danny Eller | | | |
| 1b | Photograph of Bobby Shore | | | |
| 1c | Photograph of Jose Francisco Jimenez Pina (Sr.) | | | |
| 1d | Photograph of Jose Humberto Jimenez Pina (Jr.) | | | |
| 1e | Photograph of James Hawkins | | | |
| 1f | Photograph of Martin Saldana | | | |
| 1g | Photograph of Clara Jean Caudell | | | |
| 2 | Methamphetamine purchased from Bobby Shore | | | |
| 2a | Methamphetamine purchased from Bobby Shore on 8/17/2012 | | | |
| 2b | Methamphetamine purchased from Bobby Shore on | | | |

1

|     |     |                                                                                            |     |     |     |
| --- | --- | ------------------------------------------------------------------------------------------ | --- | --- | --- |
|     |     | 8/24/2012                                                                                  |     |     |     |
|     | 2c  | Methamphetamine purchased from Bobby Shore on 8/30/2012                                    |     |     |     |
|     | 2d  | Methamphetamine purchased from Bobby Shore on 9/7/2012                                     |     |     |     |
|     | 2e  | Methamphetamine purchased from Bobby Shore on 9/10/2012                                    |     |     |     |
|     | 2f  | Methamphetamine purchased from Bobby Shore on 9/13/2012                                    |     |     |     |
|     | 2g  | Methamphetamine purchased from Bobby Shore on 9/20/2012                                    |     |     |     |
|     | 2h  | Property report for methamphetamine purchased from Bobby Shore                             |     |     |     |
|     | 2i  | Laboratory report for methamphetamine purchased from Bobby Shore                           |     |     |     |
| 3   |     | Methamphetamine purchased from Danny Eller                                                 |     |     |     |
|     | 3a  | Methamphetamine purchased from Danny Eller on 10/9/2012                                    |     |     |     |
|     | 3b  | Methamphetamine purchased from Danny Eller on 10/10/2012                                   |     |     |     |
|     | 3c  | Methamphetamine purchased from Danny Eller on 10/23/2012                                   |     |     |     |
|     | 3d  | Property report for methamphetamine purchased from Danny Eller                             |     |     |     |
|     | 3e  | Lab report for methamphetamine purchased from Danny Eller                                  |     |     |     |
| 4   |     | Methamphetamine seized during search of Danny Eller's residence on 10/26/2012              |     |     |     |
|     | 4a  | Methamphetamine seized during search of Danny Eller's residence on 10/26/2012              |     |     |     |
|     | 4b  | Methamphetamine seized during search of Danny Eller's residence on 10/26/2012              |     |     |     |
|     | 4c  | Lab report for methamphetamine seized during search of Danny Eller's residence on 10/26/2012 |     |     |     |
| 5   |     | Methamphetamine purchased by Danny Eller from Jose Pina (on 10/30/2012 and 11/7/2012)      |     |     |     |
|     | 5a  | Methamphetamine purchased by Danny Eller from Jose Pina (on 10/30/2012)                    |     |     |     |
|     | 5b  | Wrapping for methamphetamine purchased by Danny Eller from Jose Pina (on 10/30/2012)       |     |     |     |
|     | 5c  | Methamphetamine purchased by Danny Eller from Jose                                         |     |     |     |

| | | | | |
|---|---|---|---|---|
| | Pina (on 11/7/2012) | | | |
| 5d | Wrapping for methamphetamine purchased by Danny Eller from Jose Pina (on 11/7/2012) | | | |
| 5e | Property report for methamphetamine purchased by Danny Eller from Jose Pina (on 10/30/2012 and 11/7/2012) | | | |
| 5f | Lab report for methamphetamine purchased by Danny Eller from Jose Pina (on 10/30/2012 and 11/7/2012) | | | |
| 6 | Methamphetamine seized on 12/12/2012 from Bobby Shore's residence | | | |
| 6a | Methamphetamine seized on 12/12/2012 from Bobby Shore's residence (lab item 1) | | | |
| 6b | Methamphetamine seized on 12/12/2012 from Bobby Shore's residence (lab item 2) | | | |
| 6c | Lab report for methamphetamine seized on 12/12/2012 from Bobby Shore's residence | | | |
| 6d | Wrapping for methamphetamine seized on 12/12/2012 from Bobby Shore's residence | | | |
| 7 | Body wire recording of Martin Saldana and Danny Eller meeting on 12/11/12 | | | |
| 7a | Clip of body wire recording of Martin Saldana and Danny Eller meeting on 12/11/12 | | | |
| 7b | Transcript of body wire recording of Martin Saldana and Danny Eller meeting on 12/11/12 | | | |
| 8 | Body wire recording of Martin Saldana and Bobby Shore meeting on 12/12/12 | | | |
| 8a | Clip of body wire recording of Martin Saldana and Bobby Shore meeting on 12/12/12 | | | |
| 8b | Transcript of body wire recording of Martin Saldana and Bobby Shore meeting on 12/12/12 | | | |
| 9 | Photographs of 12/12/12 search of Saldana's residence | | | |
| 10 | Firearm at 148 Ervin Houck (Hermann Weihrauch, model HW7T, .22 caliber revolver) | | | |
| 11 | Firearm at 148 Ervin Houck (Tanfoglio .22 caliber pistol) | | | |
| 12 | Firearm at 148 Ervin Houck (Tanfoglio .22 caliber revolver) | | | |
| 13 | Firearm at 148 Ervin Houck (Harrington & Richardson Arms 12-gauge shotgun) | | | |
| 14 | Physical evidence recovered from Martin Saldana's residence (148 Ervin Houck) | | | |

| | | | | |
|---|---|---|---|---|
| 14a | Physical evidence recovered from Martin Saldana's residence (148 Ervin Houck) (ID and cell phone) | | | |
| 14b | Physical evidence recovered from Martin Saldana's residence (148 Ervin Houck) (3 Santa Muerte images and $247,400 and other dollar figures on papers) | | | |
| 14c | Physical evidence recovered from Martin Saldana's residence (148 Ervin Houck) (drug packaging materials found in Martin Saldana's garage) | | | |
| 15 | National Firearms Registration and Transfer Record Search Certificate package | | | |
| 16 | Methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) | | | |
| 16a | Methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) (lab item 1) | | | |
| 16b | Methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) (lab item 2) | | | |
| 16c | Methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) (lab item 3) | | | |
| 16d | Methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) (lab item 4) | | | |
| 16e | Wrappings from methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) | | | |
| 16f | Laboratory report for methamphetamine seized on 2/12/2013 from Martin Saldana's property (148 Ervin Houck) | | | |
| 16g | Photographs from search of Martin Saldana's property on 2/12/2013 | | | |
| 17 | Bank check for $49,980 found at Martin Saldana's residence on 2/12/2013 | | | |
| 18 | Martin Saldana's statement to law enforcement 12/12/2012 | | | |
| 19 | Map of Saldana's residence and surrounding area (satellite view) | | | |
| | Plea Agreements | | | |
| 20 | Plea agreement of Danny Eller | | | |
| 21 | Plea agreement of Bobby Shore | | | |
| 22 | Plea agreement of Jose Francisco Jimenez Pina (Sr.) | | | |

| | | | | |
|---|---|---|---|---|
| 23 | Plea agreement of James Hawkins | | | |
| 24 | Plea agreement of Clara Jean Caudell | | | |
| | Debrief Reports | | | |
| 25 | Debrief reports of Danny Eller | | | |
| 26 | Debrief report of Bobby Shore | | | |
| 27 | Debrief report of Jose Francisco Jimenez Pina Plea (Sr.) | | | |
| 28 | Debrief report of James Hawkins | | | |
| 29 | Debrief report of Clara Jean Caudell | | | |
| 30 | Saldana phone download | | | |
| 30a | Photographs (5) from Saldana's phone | | | |
| 31 | Certified subscriber information (including Saldana's phone) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

    The United States reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

Respectfully submitted this 18th day of February 2014.

        ANNE M. TOMPKINS
        UNITED STATES ATTORNEY

        **/s/ Steven R. Kaufman**
        STEVEN R. KAUFMAN
        ASSISTANT UNITED STATES ATTORNEY
        227 West Trade Street, Suite 1650, Charlotte, NC 28202
        (704) 338-3117 (office); (704) 227-0254 (facsimile)
        Steven.Kaufman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February 2014, the foregoing was duly served upon the defendant herein through defendant's attorney of record via electronic filing:

    Rick Canales, Esq.
    Denzil Forrester, Esq.

        **/s/ Steven R. Kaufman**
        STEVEN R. KAUFMAN
        ASSISTANT UNITED STATES ATTORNEY