FILED: September 12, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-6734
(5:12-cr-00049-FDW-DCK-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

MARTIN MARTINEZ SALDANA

   Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 07/23/2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*