IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12-CR-00049-KDB-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| MARTIN MARTINEZ SALDANA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a request for transcripts at government expense (Doc. No. 136) and a pro se motion to stay forfeiture proceedings (Doc. No. 147).

The Court has reviewed the motions and finds that the motions are moot in that his appeal has been filed, heard, and the judgment affirmed and a final order and judgment confirming forfeiture was entered by the Court on May 5, 2019 (Doc. No. 155).

**IT IS, THEREFORE, ORDERED** that the defendant's motions for transcripts and to stay forfeiture proceedings, (Doc. No. 136 and Doc. No. 147) are **DENIED**.

Signed: March 3, 2020

Kenneth D. Bell
United States District Judge